No. 181. SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD *v.* CASADOS ET AL.

Decided October 10, 1938. *Per Curiam:* The decree is affirmed. *Brown-Forman Co.* v. *Kentucky*, 217 U. S. 563, 572, 573; *Northwestern Life Ins. Co.* v. *Wisconsin*, 247 U. S. 132, 140–141; *Tax Commissioners* v. *Jackson*, 283 U. S. 527, 537; *Lawrence* v. *State Tax Comm'n*, 286 U. S. 276, 284–285. *Messrs. Rainey T. Wells* and *J. O. Seth* for appellant. No appearance for appellees.

No. 214. PUBLIC SERVICE CO. ET AL. *v.* LEBANON. Decided October 10, 1938. *Per Curiam:* The appeal herein is dismissed for the want of a final judgment. *Grays Harbor Co.* v. *Coats-Fordney Co.*, 243 U. S. 251, 255, 257; *Washington ex rel. McPherson Bros. Co.* v. *Superior Court*, 274 U. S. 726; *Ornstein* v. *Chesapeake & Ohio Ry. Co.*, 284 U. S. 572. *Messrs. Edmond W. Hebel, Willett H. Parr, Willett H. Parr, Jr., Ara Allen Parr,* and *Elza O. Rogers* for appellants. *Messrs. Frederick E. Matson* and *Harry T. Ice* for appellee.